# Leo's Express Logistics LLC

## Pay Settlement
### January 11, 2023

| DATE | NUM | MEMO/DESCRIPTION | AMOUNT |
|---|---|---|---|
| Trevon Sancho | | | |
| 01/11/2023 | 1/1/23-1/7/23 | | 974.18 |
| | | 2029.2 Miles x 0.57 CPM | 1,156.64 |
| | | Driver Escrow (900/1500) | 150.00 |
| | | AFLAC Insurance deduction | 32.46 |

Tuesday, January 10, 2023 04:21 PM GMT-05:00

1/1

# Leo's Express Logistics LLC

## Pay Settlement
### January 4, 2023

| DATE | NUM | MEMO/DESCRIPTION | AMOUNT |
|---|---|---|---|
| Trevon Sancho | | | |
| 01/04/2023 | 12/25/22-12/31/22 | | 1,444.07 |
| | | 2590.4 Miles x 0.57 CPM | 1,476.53 |
| | | Holiday bonus pay - New Year | 150.00 |
| | | Driver Escrow (750/1500) | 150.00 |
| | | AFLAC Insurance deduction | 32.46 |

# Leo's Express Logistics LLC

## Pay Settlement
### December 27, 2022

| DATE | NUM | MEMO/DESCRIPTION | AMOUNT |
|---|---|---|---|
| Trevon Sancho | | | |
| 12/27/2022 | 12/18/22-12/24/22 | | 1,022.86 |
| | | 2114.6 Miles x 0.57 CPM | 1,205.32 |
| | | Driver Escrow (600/1500) | 150.00 |
| | | AFLAC Insurance deduction | 32.46 |

# Leo's Express Logistics LLC

## Pay Settlement
### December 20, 2022

| DATE | NUM | MEMO/DESCRIPTION | AMOUNT |
|---|---|---|---|
| Trevon Sancho | | | |
| 12/20/2022 | 12/11/22-12/17/22 | | 1,364.57 |
| | | 2481.7 Miles x 0.57 CPM | 1,414.57 |
| | | Driver Escrow (450/1500) | 150.00 |
| | | 2 extra stops | 100.00 |

Tuesday, December 20, 2022 04:09 PM GMT-05:00

1/1

# Leo's Express Logistics LLC

## Pay Settlement
### December 13, 2022

| DATE | NUM | MEMO/DESCRIPTION | AMOUNT |
|---|---|---|---|
| Trevon Sancho | | | |
| 12/13/2022 | 12/4/22-12/10/22 | | 1,084.96 |
| | | 2166.6 Miles x 0.57 CPM | 1,234.96 |
| | | Driver Escrow (300/1500) | 150.00 |

## Leo's Express Logistics LLC

Pay Settlement

December 6, 2022

| DATE | NUM | MEMO/DESCRIPTION | AMOUNT |
|---|---|---|---|
| Trevon Sancho | | | |
| 12/06/2022 | 11/27/22-12/03/22 | | 736.12 |
| | | 1554.6 Miles x 0.57 CPM | 886.12 |
| | | Driver Escrow (150/1500) | 150.00 |

Tuesday, December 6, 2022 05:22 PM GMT-05:00

1/1